IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LATOYA GENORA HERNDON** | * | |
| Plaintiff, | * | |
| v. | * | **Case No. 1:19-cv-01452-CCB** |
| **CENTER FOR SOCIAL CHANGE, INC.** | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiff, LaToya Genora Herndon and the Defendant, Center for Social Change, Inc., by their respective undersigned counsel, having reached a settlement, hereby stipulate and agree to dismiss the above-captioned case with prejudice. Each party shall bear its own costs and attorneys' fees.


_____/s/_____  ____/s/*with permission of Zachary L. Erwin*____
Paul V. Bennett, Esq.                    Zachary L. Erwin, Esq.
(Fed. Bar No. 10324)                     (Fed. Bar. No. 29045)
Bennett & Ellison, P.C.                  Anderson, Coe & King, LLP
2086 Generals Highway, Ste. 201          7 Saint Paul Street, Suite 1600
Annapolis, MD 21401                      Baltimore, MD 21202
(410) 974-6000                           (410) 752-1630
*Attorney for Plaintiff*                 *Attorney for Defendant*


___7/30/2020_____            _____7/30/2020_____
Date                                     Date

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, on this 30th day of July, 2020, that a copy of the foregoing Stipulation of Dismissal was sent by electronic mail to:

>Zachary L. Erwin, Esq.
>(Fed. Bar. No. 29045)
>Anderson, Coe & King, LLP
>7 Saint Paul Street, Suite 1600
>Baltimore, MD 21202
> (410) 752-1630
>erwin@acklaw.com
>*Attorney for Defendant*

                                                       /s/_____
                                                    Paul V. Bennett, Esq.